**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Donna Ray, et al.

Plaintiff,

v.

Case No.: 1:26−cv−08233
Honorable Charles P. Kocoras

First National Holdings, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 3, 2026:

MINUTE entry before the Honorable Charles P. Kocoras: Unopposed motion for reassignment as related [14] is granted. The Court finds that Case No. 26−cv−8664 meets the conditions for reassignment under L.R. 40.4 for the reasons set forth in the motion. The Clerk is directed to reassign Case No. 26−cv−8664 to this Court's calendar and designate it as related to Case No. 26−cv−8233. The presentment hearing noticed for 9/8/2026 is stricken. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.